TYPE OF HEARING: **DH**
CASE NUMBER: **15cr293**
MAGISTRATE JUDGE: John F. Anderson
DATE: **10/16/15**
TIME: **2pm**

EASTERN DISTRICT OF VIRGINIA

TAPE: FTR RECORDER
DEPUTY CLERK: Whitney Garnett

UNITED STATES OF AMERICA

VS.

**Wayne Shelby Simmons**

GOVT. ATTY **Paul Nathansen**

DEFT'S ATTY **w/out counsel**

INTERPRETER/LANGUAGE

DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES ( )
COURT TO APPOINT COUNSEL (✓)   FPD (✓) CJA ( )   Conflict List ( )

**Matter came on for DH. Deft unable to retain counsel. Court to appoint counsel. Deft remanded.**

PROBABLE CAUSE FOUND ( ) / NOT FOUND ( )

BOND

NEXT COURT APPEARANCE   **10/20/15**   TIME **2pm**
**DH (Davis)**

**8 min**